1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ROB BRANTLEY, DARRYN COOKE, WILLIAM and BEVERLY COSTLEY, PETER G. HARRIS, CHRISTIANA HILLS, MICHAEL B. KOVAC, MICHELLE NAVARRETTE, JOY PSACHIE, TIMOTHY J. STABOSZ and JOSEPH VRANICH, individually and on behalf of all others similarly situated, | CASE NO. CV07-06101 CAS (VBKx) **PROTECTIVE ORDER** |
| Plaintiffs, | |
| v. | |
| NBC UNIVERSAL, INC., VIACOM, INC., THE WALT DISNEY COMPANY, FOX ENTERTAINMENT GROUP, INC., TURNER BROADCASTING SYSTEM, INC., TIME WARNER CABLE, INC., COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, L.L.C., COXCOM, INC., THE DIRECTV GROUP, INC., ECHOSTAR SATELLITE L.L.C., CHARTER COMMUNICATIONS, INC., and CABLEVISION SYSTEMS CORPORATION, | |
| Defendants. | |

[PROPOSED] PROTECTIVE ORDER

1         The Court has considered the Stipulation and [Proposed] Protective Order

2   lodged herewith pursuant to the stipulation of all parties.

3         IT IS HEREBY ORDERED that the Protective Order pursuant to Federal

4   Rule of Civil Procedure 26(c) be, and is hereby, entered.

5

6   DATED:  December 17, 2008

7   Hon. Christina A. Snyder
    United States District Judge

8

9   Submitted by:

10  KATHERINE B. FORREST (*pro hac vice*)
    kforrest@cravath.com
11  CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
12  New York, NY  10019
    Telephone:  (212) 474-1000
13  Facsimile:  (212) 474-3700

14
    BRYAN A. MERRYMAN (SBN: 134357)
15  bmerryman@whitecase.com
    WHITE & CASE LLP
16  633 W. Fifth Street, Suite 1900
    Los Angeles, CA  90071-2007
17  Telephone:  (213) 620-7700
    Facsimile:   (213) 452-2329

18

19
    By:   */s/ Bryan A. Merryman*
20       Bryan A. Merryman

21  Attorneys for Defendants
    Turner Broadcasting System, Inc. and
22  Time Warner Cable Inc.

23  **[Submitted on Behalf of All Parties]**

24

25

26

27

28

- 1 -

[PROPOSED] PROTECTIVE ORDER