UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROB BRANTLEY, et al., <br><br> Plaintiff, <br><br> v. <br><br> NBC UNIVERSAL, INC., et al. <br><br> Defendant. | No. CV07-06101 CAS (VBKx) <br><br> JUDGMENT PURSUANT TO FED. R. CIV. P. 58 <br><br> Third Amended Complaint <br>    Filed: May 4, 2009 |

This action came on for hearing before the Court in connection with a motion by Plaintiffs Rob Brantley, Darryn Cooke, William and Beverley Costley, Peter G. Harris, Christiana Hills, Michael B. Kovac, Michelle Navarrette, Joy Psachie, and Joseph Vranich ("Plaintiffs") to adjudicate that foreclosure is not an element of their antitrust injury, filed on May 1, 2009, a Third Amended Complaint filed by Plaintiffs in connection with that motion on May 4, 2009, and a motion to dismiss the Third Amended Complaint filed by Defendants NBC Universal, Inc., Viacom Inc., The Walt Disney Company, Fox Entertainment Group, Inc., Turner

Broadcasting System, Inc., Time Warner Cable Inc., Comcast Corporation, Comcast Cable Communications, LLC, Coxcom, Inc., the DIRECTV Group, Inc., DISH Network LLC, f.k.a. EchoStar Satellite LLC, and Cablevision Systems Corporation ("Defendants") pursuant to Federal Rule of Civil Procedure 12(b)(6) on June 12, 2009

The issues having been duly heard and a decision having been duly rendered as set forth in this Court's October 15, 2009 order, a copy of which is attached hereto as Exhibit 1, and in accordance with Federal Rule of Civil Procedure 58,

IT IS HEREBY ORDERED AND ADJUDGED that this action shall be dismissed with prejudice and on the merits in favor of Defendants.

The parties have agreed to the language of this judgment.

Dated:  10/27/09

*/s/ Christina A. Snyder*

Hon. Christina A. Snyder
United States District Judge